

**THE LAW OFFICES OF ALBERT VAN-LARE**
125 MAIDEN LANE, SUITE 510 NEW YORK, NEW YORK 10038
Tel. 212 608-1400    Fax 877-505-6103    Email vanlareesq@aol.com

November 6, 2025

<u>VIA NYSCEF:</u>
Honorable Judge P. Kevin Castel
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Civil Action No. 1:25-cv-08033-PKC S*hah v. Physician Affiliate Group of New York, P.C. et al, i*n the United States District Court for the Southern District of New York.

Dear Judge P. Kevin Castel

　　I represent Dr. Ami Shah in the matter referenced above. The complaint was filed on September 26, 2025. The complaint has not yet been served on the defendants. Plaintiff and Physician Affiliate Group of New York, P.C., are currently involved in employment arbitration with the American Arbitration Association (AAA). The parties in arbitration and Health + Hospital are currently negotiating to settle the arbitration. If the arbitration is successful, it could eliminate the need to proceed with this lawsuit.

　　Because the Defendants have not been served and the parties are currently engaged in negotiations relating to this lawsuit, Plaintiff respectfully requests the adjournment of the Initial Pretrial Conference to a date after December 25, 2025, which is the 90th day after the complaint was filed.

　　Thank you, your honor, for your attention and consideration of this request.

Initial conference is adjourned from November 13, 2025 to January 14, 2026 at 11:30 a.m.  Call-In: 855-244-8681; Access Code: 2305 810 3970#.
SO ORDERED.
Dated:  11/7/2025

Albert Van-Lare

P. Kevin Castel
United States District Judge